UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>LSH PLUS LLC,<br><br>        Defendant. | Case No.  5:21-cv-00881-EJD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Brian Whitaker filed the present action on February 4, 2021.  Dkt. No. 1.  Pursuant to General Order 56, the parties' last day to conduct a joint site inspection was May 10, 2021 and Plaintiff's last day to file a notice of need for mediation was June 21, 2021.  Dkt. No. 5.  Plaintiff did not file a notice of need for mediation, nor did Plaintiff seek relief from the June 21, 2021 deadline.  On April 9, 2021, Plaintiff sought entry of default against Defendant LSH Plus, LLC, which the Clerk of the Court entered on April 14, 2021.  Dkt. Nos. 12, 13.  Plaintiff has taken no further action since.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962).  Plaintiff is directed to file by **August 9, 2021** either (a) a motion for default judgment or (b) a written response to this order, and to appear before the Court on **August 19, 2021, at 10:00 a.m.** and show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  If Plaintiff fails to file a motion for default judgment or a written response by the above deadline, the Court will dismiss the action

Case No.: 5:21-cv-00881-EJD
OSC WHY ACTION SHOULD NOT BE DISMISSED

1

1  with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

2  **IT IS SO ORDERED.**

3  Dated: July 20, 2021

                                                                       EDWARD J. DAVILA
                                                                       United States District Judge